FILED

2016 JUL 26 AM 10: 56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARYL W. GENIS,<br><br>    Defendant. | CR No. CR16-0509<br><br>I N F O R M A T I O N<br><br>[26 U.S.C. § 7203: Willful Failure to File a Tax Return] |

The United States Attorney charges:

COUNT ONE

[26 U.S.C. § 7203]

During the calendar year 2009, Daryl W. Genis, who was a married resident of and whose principal place of business was in Santa Barbara County, California, within the Central District of California, received sufficient income (in excess of $3,650 and net earnings from self-employment income in excess of $400) such that the law required him to make to the Internal Revenue Service, or any other proper officer of the United States Government, a federal individual income tax return on or before October 15, 2010 pursuant to the request for an automatic extension of time filed on his behalf, stating specifically the items of gross income and

deductions, credits and exemptions allowed by law and other information prescribed by the Internal Revenue Service; that well knowing and believing all the foregoing, defendant did willfully fail to make a federal individual income tax return for the calendar year 2009 to the Internal Revenue Service within the Central District of California, to the Internal Revenue Service Center at Fresno, California, or to any other proper officer of the United States Government.

COUNT TWO

[26 U.S.C. § 7203]

During the calendar year 2010, Daryl W. Genis, who was a married resident of and whose principal place of business was in Santa Barbara County, California, within the Central District of California, received sufficient income (in excess of $3,650 and net earnings from self-employment income in excess of $400) such that the law required him to make to the Internal Revenue Service, or any other proper officer of the United States Government, a federal individual income tax return on or before October 15, 2011 pursuant to the request for an automatic extension of time filed on his behalf, stating specifically the items of gross income and deductions, credits and exemptions allowed by law and other information prescribed by the Internal Revenue Service; that well knowing and believing all the foregoing, defendant did willfully fail to make a federal individual income tax return for the calendar year 2010 to the Internal Revenue Service within the Central District of California, to the Internal Revenue Service Center at Fresno, California, or to any other proper officer of the United States Government.

COUNT THREE

[26 U.S.C. § 7203]

During the calendar year 2011, Daryl W. Genis, who was a married resident of and whose principal place of business was in Santa Barbara County, California, within the Central District of California, received sufficient income (in excess of $3,700 and net earnings from self-employment income in excess of $400) such that the law required him to make to the Internal Revenue Service, or any other proper officer of the United States Government, a federal individual income tax return on or before October 15, 2012 pursuant to the request for an automatic extension of time filed on his behalf, stating specifically the items of gross income and deductions, credits and exemptions allowed by law and other information prescribed by the Internal Revenue Service; that well knowing and believing all the foregoing, defendant did willfully fail to make a federal individual income tax return for the calendar year 2011 to the Internal Revenue Service within the Central District of California, to the Internal Revenue Service Center at Fresno,

///
///
///

California, or to any other proper officer of the United States Government.

                                    EILEEN M. DECKER
                                    United States Attorney

*/s/ Lawrence S. Middleton*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

ROBERT F. CONTE
Assistant United States Attorney
Acting Chief, Tax Division

VALERIE L. MAKAREWICZ
BENJAMIN L. TOMKINS
Assistant United States Attorneys
Tax Division